# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHERYL DESHIELDS**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE**, ) <br> **Commissioner of Social** ) <br> **Security Administration**, ) <br> ) <br> Defendant. ) | **Case No. CIV-07-333-RAW** |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 16, 2009, Magistrate Judge West entered her Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 2nd day of April, 2009.

**Dated this 2nd Day of April 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0